**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**COMMUNITY LOANS OF AMERICA, INC.**                                                     **PLAINTIFF**

v.

**CIVIL ACTION NO. 3:07-cv-00570 HTW-LRA**

**HARTFORD FIRE INSURANCE COMPANY
AND RSUI INDEMNITY COMPANY**                                                     **DEFENDANTS**

**AGREED ORDER TO REMAND**

Now Into Court come plaintiff Community Loans of America, Inc., and defendants Hartford Fired Insurance Co. and RSUI Indemnity Co. and submit this Agreed Order to Remand. The parties to this action have recently discovered that the factual allegations which pertain to the National Flood Insurance Program contained in the Notice of Removal are erroneous, as the RSUI insurance policy at issue is not underwritten or issued pursuant to the National Flood Insurance Program. Therefore, Hartford strikes and withdraws these allegations.

Based on the clarified record in this matter, the parties submit this Agreed Order to Remand this matter to the Circuit Court of Hinds County where it was originally filed. All counsel for all parties have been consulted and consent to the filing of this Agreed Order. The parties to this action pray that this matter be remanded to the Circuit Court of Hinds County, Mississippi, with each party to bear its own costs, if any.

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be REMANDED to the Circuit Court of Hinds County, State of Mississippi.

Jackson, Mississippi, this 31st day of October, 2007.

                                          s/ HENRY T. WINGATE
                                          CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted,

    /s/ Glen K. Till, Jr.
Glen K. Till, Jr. (MS Bar No. 9047)
Simmons Law Group, P.A.
240 Trace Colony Park Drive, Suite 200
Ridgeland, Mississippi 39157
Phone:  (601) 914-2882
Fax:  (601) 914-2887
Email: glen@simmonslawgroup.com

Civil Action No. 3:07-cv-570 HTW-LRA
Agreed Order to Remand